39 BROADWAY, INC., Appellant, *v.* COLUMBIA GAS & ELECTRIC CORPORATION et al., Respondents, Impleaded with Others.

Argued March 9, 1938; decided April 12, 1938.

*William F. Bleakley* and *Hamilton McInnes* for appellant.

*William D. Whitney, Hugh A. Fulton* and *Harold R. Medina, Jr.*, for Columbia Gas & Electric Corporation, respondent.

*Ralph Royall* and *James G. Holland* for David W. Smyth et al., respondents.

*Henry S. Hooker* and *Raymond D. Thurber* for Mabel T. Filor et al., as trustees of the estate of Walter H. Filor, deceased, respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.